# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

September 15, 2022

Lyle W. Cayce
Clerk

No. 22-20140
Summary Calendar

---

United States of America,

*Plaintiff—Appellee*,

*versus*

Gerardo Antonio Espinoza Ruiz,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Southern District of Texas
No. 4:21-CR-471-1

---

Before Smith, Dennis, and Southwick, *Circuit Judges*.

Per Curiam:*

The Federal Public Defender appointed to represent Gerardo Espinoza Ruiz has moved to withdraw and has filed a brief per *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Espinoza Ruiz has not filed a response.

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 22-20140

We have reviewed counsel's brief and relevant portions of the record. We concur with counsel's assessment that the appeal presents no non-frivolous issue for appellate review.

Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.